UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGE KOLA, individually and on behalf of all
others similarly situated,

                Plaintiff,                19 **CIVIL** 10496 (CS)

      -against-                   **JUDGMENT**

FORSTER & GARBUS LLP and
JOHN DOES 1-25,

               Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2021, Defendant's motion is GRANTED and Plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          September 13, 2021

                                              RUBY J. KRAJICK

                                                 Clerk of Court
                                BY:
                                                    Deputy Clerk